**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Popp, William S. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Popp, Laura Ann |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0547 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1188 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>3734 Park Avenue<br>Steger, Illinois 60475 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>3734 Park Avenue<br>Steger, Illinois 60475 |
| County of Residence or of the<br>Principal Place of Business: Will | County of Residence or of the<br>Principal Place of Business: Will |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601  ph: 312-664-6649 |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-638 - 31557

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** William S Popp & Laura Ann Popp |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ William S Popp
      Signature of Debtor

X    /s/ Laura Ann Popp
      Signature of Joint Debtor

      Telephone Number (If not represented by attorney)

    May. 5, 2005
      Date

**Signature of Attorney**

X    /s/ Steven A. Leahy
      Signature of Attorney for Debtor(s)

  STEVEN A. LEAHY 6273453
      Printed Name of Attorney for Debtor(s)

  The Law Office of Steven A. Leahy
      Firm Name

  150 North Michigan Avenue
      Address

  Suite 1100    Chicago, Illinois 60601

  312-664-6649
      Telephone Number

  May. 5, 2005
      Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
      Signature of Authorized Individual

_____
      Printed Name of Authorized Individual

_____
      Title of Authorized Individual

_____
      Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    /s/ Steven A. Leahy             May. 5, 2005
      Signature of Attorney for Debtor(s)            Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| | | |
|---|---|---|
| A R CONCEPTS INC.<br>2320 DEAN ST<br>SAINT CHARLES, IL 60175 | ALLIANCEONE<br>1160 CENTRE POINTE DR.<br>SUITE 1<br>MENDOTA HEIGHTS, MN 55120 | AMERICAN GENERAL FINAN<br>8251 WICKER AVE<br>SAINT JOHN, IN 46373 |
| AT&T UNIVERSAL CARD<br>PO BOX 6401<br>THE LAKES, NV 88901 | BKONY V GLD<br>110 CLAY<br>NEWARK, DE 19713 | BNY DE VISA<br>POB 6973<br>NEWARK, DE 19714 |
| CBUSASEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 | CHASE<br>100 DUFFY AVE<br>HICKSVILLE, NY 11801 | CHASE WAL-MART<br>PO BOX 52195<br>PHOENIX, AZ 85072 |
| CITI<br>PO BOX 6003<br>HAGERSTOWN, MD 21747 | DISCOVER CARD<br>PO BOX 30395<br>SALT LK CITY, UT 84130 | DISCOVER FINANCIAL SVC<br>PO BOX 15316<br>WILMINGTON, DE 19850 |
| ER SOLUTIONS INC<br>500 SW 7TH ST.A100<br>PO BOX 9004<br>RENTON, WA 98057 | FIRST NATL BK EVERGREE<br>4900 W 95TH ST<br>OAK LAWN, IL 60453 | GEMB/JC PENNEY<br>PO BOX 984100<br>EL PASO, TX 79998 |
| GEMB/SAMS CLUB<br>PO BOX 981400<br>EL PASO, TX 79998 | GREEN TREE<br>7360 S KYRENE RD<br>TEMPE, AZ 85283 | GREEN TREE SERVICING L<br>332 MINNESOTA ST STE 610<br>SAINT PAUL, MN 55101 |
| HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON, DE 19850 | JC PENNY<br>PO BOX 960001<br>ORLANDO, FL 32896 | JPMC,NA<br>769 BROOKSEDGE BLVD<br>WESTERVILLE, OH 43081 |
| KOHLS<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051 | MBNA AMERICA BANK NA<br>POB 17054<br>WILMINGTON, DE 19884 | NICOR<br>PO BOX 310<br>AURORA, IL 60507 |
| NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563 | NICOR SERVICES/G LINE<br>PO BOX 310<br>AURORA, IL 60507 | QUEST DIAGNOSTICS<br>PO BOX 64804<br>BALTIMORE, MD 21264 |
| SEARS CARD<br>PO BOX 182149<br>COLUMBUS, OH 43218 | ST JAMES HOSPITAL<br>1423 CHICAGO ROAD<br>CHICAGO HEIGHTS, IL 60411 | SUBURBAN PAINCARE CENTER PC<br>18237 KEDZIE AVE<br>HOMEWOOD, IL 60430 |

THE MONEY LENDER A\R CONCEPTS
INC
33 W. HIGGINS RD
SUITE 715
SOUTH BARRINGTON, IL 60010

THE MONEY LENDERS
10 E SAUK TRAIL
S CHGO HGTS, IL 60411

THE MONEY LENDERS
PO BOX 4 3027 CHICAGO
RD.
STEGER, IL 60475

UNVL/CITI
PO BOX 6241
SIOUX FALLS, SD 57117

WELLS FARGO HOME MORTG
5024 PARKWAY PLAZA BLVD
CHARLOTTE, NC 28217

WFFINANCE
2773 MAPLE AVE
LISLE, IL 60532

WFNNB/SERVICE MERCH PR
PO BOX 2974
SHAWNEE MISSION, KS 66201